UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA A., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 8:20-cv-02118 (VEB) <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND COSTS** |

Based upon the parties' Stipulation:

IT IS ORDERED that the Commissioner shall pay attorneys' fees and expenses the amount of FOUR THOUSAND DOLLARS and NO CENTS ($4,000.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the Stipulation.

Dated: November 9, 2021    /s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE